# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WILLIE BRAZILE,
       PETITIONER

   VS                                          CASE NO.  3:96CR5LAC/MD

UNITED STATES OF AMERICA,
      RESPONDENT

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on    JULY 17, 2006
Type of Motion/Pleading: MOTION FOR WRIT OF AUDITA QUERELA PURSUANT TO TITLE 28 U.S.C.A. 1651
Filed by:    PETITIONER    on 6/22/06   Document   65
( ) Stipulated/Consented/Joint Pleading
RESPONSES:

                                            on          Doc.# 
                                            on          Doc.#
WILLIAM M. McCOOL, CLERK OF COURT

       s/Mary Maloy
Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 3rd day of August, 2006, that:

(a)   The requested relief is **DENIED.**

(b)   Defendant's contention that the district court lacked subject matter jurisdiction is unfounded.  His other arguments are thinly veiled attempts to circumvent the time limitations on filing motions pursuant to 28 USC § 2255.  Furthermore, writs of audita querela have been abolished.  See Fed.R.Civ.P. 60(b).

                                          s/*L.A. Collier*
                                          LACEY A. COLLIER
                                          SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket:            By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.