# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO.  3:96cr5LAC

WILLIE BRAZILE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  August 29, 2006

Motion/Pleadings: MOTION TO RECONSIDERATION OF DEFENDANT'S MOTION FOR WRIT OF AUDITA QUERELA PURSUANT TO THE ALL WRITS ACT, 28 USCA 1651

Filed by DEFENDANT PRO SE   on  8/17/2006   Doc.# 67

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of August, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

s/*L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.