UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.  3:96cr5/LC/CJK
 3:14cv286/LC/CJK

WILLIE BRAZILE
_____/

### ORDER

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 24, 2014 (doc. 70).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections.

    Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.  Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 69) is **SUMMARILY DISMISSED**.

3. A certificate of appealability be **DENIED**.

**DONE AND ORDERED** this 10th day of July, 2014.

                                             s/*L.A. Collier*
                                             **LACEY A. COLLIER**
                                             **SENIOR UNITED STATES DISTRICT JUDGE**